**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SHAMPAGNE SPIVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-504 |
| | § | |
| CALIFORNIA RECOVERY SYSTEMS, | § | |
| INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**
**AND APPLICATION FO REFUND OF FILING FEE**

Shampagne Spivey's motion to dismiss without prejudice and application for refund of filing fee is granted. (Docket Entry No. 3). The Clerk of Court is to issue a refund to counsel for plaintiff in the amount of the filing fee paid on February 9, 2011.

SIGNED on February 16, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge